*The People* v. *the Judges of the Court of Common Pleas in and for the County of Washington.*

EMOTT moved for an attachment against the de-fendants for not obeying a peremptory *mandamus*, commanding them to sign a bill of exceptions.†    The affidavit did not state the service to have been when the court was sitting, or the persons on whom made.

† See *Caines' Rep. vol.* 1. p. 511.

*Champlin*, for these reasons, objected to the appli-cation.

KENT, C. J. It ought to appear, that the persons who were served, were those who ought to have sealed the bill. Nothing can be taken by the motion.